UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH CHAMBLISS,

    Plaintiff,

vs.

    Case No. 11-cv-10283
    HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION (#13), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT(#9), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT(#12) AND DISMISSING ACTION

On February 8, 2012, Magistrate Judge R. Steven Whalen issued a report and recommendation recommending the court deny plaintiff's motion for summary judgment and grant defendant's motion for summary judgment. The court has reviewed the report and recommendation, and in the absence of any timely objection,

The court hereby adopts Magistrate Judge Whalen's February 8, 2012 report and recommendation in its entirety. Defendant's motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED and this cause of action is dismissed.

    SO ORDERED.

Dated: March 1, 2012

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 1, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk