UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH CHAMBLISS,

    Plaintiff,

vs.

Case No. 11-cv-10283
HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the Order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant and against plaintiff.

SO ORDERED.

Dated: March 1, 2012

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
            DEPUTY COURT CLERK